Argued February 24, reversed and remanded February 28, 1977

## STATE OF OREGON, *Appellant,*
### *v.*
## JAMES LEE BOYD, *Respondent.*
### (No. C 76-06-07814 Cr, CA 7074)

560 P2d 689

Melinda L. Bruce, Assistant Attorney General, Salem, argued the cause for appellant. With her on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Jeffrey S. Mutnick, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

## PER CURIAM.

ORS 164.135(1)(c) reads:

"(1) A person commits the crime of unauthorized use of a vehicle when:

"(c) Having custody of a vehicle, boat or aircraft pursuant to an agreement with the owner thereof whereby such vehicle, boat or aircraft is to be returned to the owner at a specified time, he knowingly retains or withholds possession thereof without consent of the owner for so lengthy a period beyond the specified time as to render such retention or possession a gross deviation from the agreement."

The trial court held the statute unconstitutionally vague. We find to the contrary. *State v. Samter,* 4 Or App 349, 479 P2d 237 (1971).

Reversed and remanded.